Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
DONIGER / BURROUGHS APC
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile: (310) 417-3538

*MADE JS-6*

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>DANI COLLECTION, INC., a California Corporation; EPICEE, a business entity of form unknown; ROAL LOVE CLOTHING INC., a California Corporation; A'GACI, LLC. a Texas Limited Liability Company; DOES 1 through 10,<br><br>Defendants. | Case No.: CV 11-9157-GW(SSx)<br>*Honorable George Wu Presiding*<br><br>**ORDER ON STIPULATION FOR DIMSISSAL OF ACTION** |

Having reviewed the stipulation of the parties to dismiss this action and finding good cause thereon,

IT IS HEREBY ORDERED that:

1. This action be dismissed with prejudice;

1

2. Each party shall bear its own costs and attorney's fees incurred in this action; and

3. The Court shall retain jurisdiction to resolve any disputes or issues that may arise in the finalization / completion of the settlement agreements.

Dated: July 24, 2012

_____
HONORABLE GEORGE H. WU
U.S. DISTRICT JUDGE